# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2007

Clifford W. Taylor,
Chief Justice

134020

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF ELENA STOYKA, by Michelle
Stoyka, Personal Representative, and MICHELLE
STOYKA and MICHAEL STOYKA, Individually,
   Plaintiffs-Appellees,

v

               SC: 134020
               COA: 271970
               Macomb CC: 04-002686-NH
MT. CLEMENS GENERAL HOSPITAL, and DR.
MICHAEL KITTO,
     Defendants-Appellees,
and

MACOMB EMERGENCY CARE PHYSICIANS,
P.C., and DR. ROBERT FABER,
     Defendants-Appellants,
and

ST. JOSEPH MERCY OF MACOMB and DR.
HARRY ARETAKIS,
     Defendants.

_____/

   On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2007

_____
Clerk

t1106